# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-261-794**
**Effective Date of Registration:**
August 19, 2016

## Title

**Title of Work:** Mangle (Artwork 1)

## Completion/Publication

**Year of Completion:** 2016

## Author

- **Author:** Emese Szigetvari
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Hungary

## Copyright Claimant

**Copyright Claimant:** Scott Cawthon
c/o Nissenbaum Law Group, LLC, 2400 Morris Avenue, Suite 301, Union, NJ, 07083, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Nissenbaum Law Group, LLC
**Name:** Laura J. Magedoff
**Email:** ljm@gdnlaw.com
**Telephone:** (908)686-8000
**Address:** 2400 Morris Avenue, Suite 301
Union, NJ 07083 United States

## Certification

**Name:** Laura J. Magedoff
**Date:** August 19, 2016
**Applicant's Tracking Number:** 763-006