# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-973-959**

**Effective Date of Registration:**
July 15, 2015

## Title

**Title of Work:** Freddy Fazbear (Toy Version)

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 10, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Scott Cawthon
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1978

## Copyright Claimant

**Copyright Claimant:** Scott Cawthon
c/o Nissenbaum Law Group, LLC, 2400 Morris Avenue, Suite 301, Union, NJ, 07083

## Rights and Permissions

**Organization Name:** Nissenbaum Law Group, LLC
**Name:** Laura J. Magedoff, Esq.
**Email:** ljm@gdnlaw.com
**Telephone:** (908)686-8000
**Address:** 2400 Morris Avenue
Suite 301
Union, NJ 07083

## Certification

**Name:** Laura J. Magedoff. Esq.
**Date:** July 15, 2015

Page 1 of 2

**Applicant's Tracking Number:**   763-006

**Applicant's Tracking Number:**   763-006