# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-973-957**

**Effective Date of Registration:**
July 15, 2015

## Title
        **Title of Work:** Chica the Chicken (Toy Version)

## Completion/Publication
       **Year of Completion:** 2014
    **Date of 1st Publication:** November 10, 2014
  **Nation of 1st Publication:** United States

## Author
          **Author:** Scott Cawthon
     **Author Created:** 2-D artwork
        **Citizen of:** United States
        **Year Born:** 1978

## Copyright Claimant
    **Copyright Claimant:** Scott Cawthon
                         c/o Nissenbaum Law Group, LLC, 2400 Morris Avenue, Suite 301, Union, NJ, 07083

## Rights and Permissions
     **Organization Name:** Nissenbaum Law Group, LLC
                **Name:** Laura J. Magedoff, Esq.
                **Email:** ljm@gdnlaw.com
          **Telephone:** (908)686-8000
             **Address:** 2400 Morris Avenue
                            Suite 301
                            Union, NJ 07083

## Certification
                **Name:** Laura J. Magedoff, Esq.
                 **Date:** July 15, 2015

**Applicant's Tracking Number:**   763-006

