# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-973-967**

**Effective Date of Registration:**
July 15, 2015

## Title

Title of Work:  Bonnie the Rabbit (Withered Version)

## Completion/Publication

Year of Completion:  2014
Date of 1st Publication:  November 10, 2014
Nation of 1st Publication:  United States

## Author

- Author:  Scott Cawthon
  Author Created:  2-D artwork
  Citizen of:  United States
  Year Born:  1978

## Copyright Claimant

Copyright Claimant:  Scott Cawthon
c/o Nissenbaum Law Group, LLC, 2400 Morris Avenue, Suite 301, Union, NJ, 07083

## Rights and Permissions

Organization Name:  Nissenbaum Law Group, LLC
Name:  Laura J. Magedoff, Esq.
Email:  ljm@gdnlaw.com
Telephone:  (908)686-8000
Address:  2400 Morris Avenue
Suite 301
Union, NJ 07083

## Certification

Name:  Laura J. Magedoff, Esq.
Date:  July 15, 2015

**Applicant's Tracking Number:**   763-006

