# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-220-843**

**Effective Date of Registration:**
September 23, 2015

## Title
    Title of Work:   Freddy Fazbear (Adventure Version-Golden)

## Completion/Publication
    Year of Completion:   2015

## Author
        Author:   Scott Cawthon
    Author Created:   2-D artwork
        Citizen of:   United States
        Year Born:   1978

## Copyright Claimant
    Copyright Claimant:   Scott Cawthon
    c/o Nissenbaum Law Group, LLC, 2400 Morris Avenue, Suite 301, Union, NJ, 07083, United States

## Rights and Permissions
    Organization Name:   Nissenbaum Law Group, LLC
            Name:   Laura J. Magedoff, Esq.
            Email:   ljm@gdnlaw.com
        Telephone:   (908)686-8000
        Address:   2400 Morris Avenue, Suite 301
                Union, NJ 07083 United States

## Certification
                Name:   Laura J. Magedoff
                Date:   September 23, 2015
    Applicant's Tracking Number:   763-006