# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-973-970**

**Effective Date of Registration:**
July 15, 2015

## Title
      **Title of Work:** BB (Balloon Boy)

## Completion/Publication
      **Year of Completion:** 2014
      **Date of 1st Publication:** November 10, 2014
      **Nation of 1st Publication:** United States

## Author
      • **Author:** Scott Cawthon
      **Author Created:** 2-D artwork
      **Citizen of:** United States
      **Year Born:** 1978

## Copyright Claimant
      **Copyright Claimant:** Scott Cawthon
      c/o Nissenbaum Law Group, LLC, 2400 Morris Avenue, Suite 301, Union, NJ, 07083

## Rights and Permissions
      **Organization Name:** Nissenbaum Law Group, LLC
      **Name:** Laura J. Magedoff, Esq.
      **Email:** ljm@gdnlaw.com
      **Telephone:** (908)686-8000
      **Address:** 2400 Morris Avenue
      Suite 301
      Union, NJ 07083

## Certification
      **Name:** Laura J. Magedoff, Esq.
      **Date:** July 15, 2015

Applicant's Tracking Number:   763-006

