# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-973-962**

**Effective Date of Registration:**
July 15, 2015

## Title
    **Title of Work:** Marionette

## Completion/Publication
    **Year of Completion:** 2014
    **Date of 1st Publication:** November 10, 2014
    **Nation of 1st Publication:** United States

## Author
-     **Author:** Scott Cawthon
    **Author Created:** 2-D artwork
    **Citizen of:** United States
    **Year Born:** 1978

## Copyright Claimant
    **Copyright Claimant:** Scott Cawthon
    c/o Nissenbaum Law Group, LLC, 2400 Morris Avenue, Suite 301, Union, NJ, 07083

## Rights and Permissions
    **Organization Name:** Nissenbaum Law Group, LLC
    **Name:** Laura J. Magedoff, Esq.
    **Email:** ljm@gdnlaw.com
    **Telephone:** (908)686-8000
    **Address:** 2400 Morris Avenue
    Suite 301
    Union, NJ 07083

## Certification
    **Name:** Laura J. Magedoff, Esq.
    **Date:** July 15, 2015

**Applicant's Tracking Number:** 763-006