# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-220-847**

Effective Date of Registration:
September 23, 2015

## Title
        **Title of Work:** Endo 02 (Adventure Version)

## Completion/Publication
        **Year of Completion:** 2015

## Author
-         **Author:** Scott Cawthon
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1978

## Copyright Claimant
    **Copyright Claimant:** Scott Cawthon
c/o Nissenbaum Law Group, LLC, 2400 Morris Avenue, Suite 301, Union, NJ, 07083, United States

## Rights and Permissions
    **Organization Name:** Nissenbaum Law Group, LLC
    **Name:** Laura J. Magedoff, Esq.
    **Email:** ljm@gdnlaw.com
    **Telephone:** (908)686-8000
    **Address:** 2400 Morris Avenue, Suite 301
Union, NJ 07083 United States

## Certification
    **Name:** Laura J. Magedoff
    **Date:** September 23, 2015
    **Applicant's Tracking Number:** 763-006

