Deliver to Scott
Union 07083

All fnaf

Hello, Five
Account & Lists

Returns
& Orders

0

All Amazon Basics Customer Service Prime Video Today's Deals Buy Again Best Sellers Prime Kindle Books New Releases

‹ Back to results

# Anime Tapestry Art Wall Hangings Five Nights Game Wall Tapestry Room Decor for Bedroom, Living Room, Dorm

Brand: LUNK

32 ratings

Save 15%

Lowest price in 30 days

Was: ~~$12.99~~ Details

Price: $10.99

& FREE Returns

You Save: $2.00 (15%)

Get a $50 Gift Card: Pay $0.00 ~~$10.99~~ upon approval for the Amazon Rewards Visa Card. **No annual fee.**

Size: **150x100CM**

90x75CM

**150x100CM**

150x130CM

200x150CM

230x150CM

Color: **A**

| | |
|---|---|
| **Brand** | LUNK |
| **Size** | 150x100CM |
| **Material** | Polyester |
| **Mounting Type** | Wall Mount |
| **Color** | A |

## About this item

- 1--Inspired by five nights game

$10.99

& FREE Returns

FREE delivery **Wednesday, August 3** if you spend $25 on items shipped by Amazon

Or fastest delivery **Monday, August 1**. Order within 13 hrs 42 mins

Deliver to Scott - Union 07083

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon

Sold by Shenzhenshihengjiayu…

Details

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add your 30-day FREE trial of Prime and get **fast, FREE delivery**

prime

Add a gift receipt for easy returns

Add to List

New (2) from $10.99 & **FREE Shipping** on orders over $25.00 shipped by Amazon.

**Other Sellers on Amazon**

$14.99

Add to Cart

& **FREE Shipping**

Sold by:

Shenzhenshihengjiayumaoyiyouxiangongsi

Have one to sell?

Sell on Amazon



Case 1:22-cv-07315-LJL Document 1-14 Filed 08/26/22 Page 2 of 7




- 2---Made of 100% polyester fabric and definitely superior to other materials, which is comfy, stretchy, skin-friendly, and durable enough to be home decor for all seasons. Nice material and good print quality. This hanging tapestry comes with great picture and vivid colors
- 3---Various Size - Different sizes give you more choices for different usage



Yeacun Custom Tapestry Upload…
$12.99

Sponsored

...nad- Mountain/Full Moon
...Wall Tapestry, Indie Room
...stry For Bedroom, Dorm Deco…
...rime

Roll over image to zoom in

Sponsored

---

## Buy it with

 +  + 

Total price: $30.47

[ Add all three to Cart ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Anime Tapestry Art Wall Hangings Five Nights Game Wall Tapestry Room Decor for Bedroom, Living Roo… $10.99

☑ Trends International Five Nights at Freddy's: Security Breach-Group Wall Poster, 22.375" x 34", Unframed Version $9.99

7/29/22, 10:17 AM    Amazon.com: Anime Tapestry Art Wall Hangings Five Nights Game Wall Tapestry Room Decor for Bedroom, Living Room, Dorm...

Case 1:22-cv-07315-LJL Document 1-14 Filed 08/26/22 Page 3 of 7

☑ POP Funko Action Figure: Five Nights at Freddy's Dreadbear - Glitchtrap, Multicolor (56187) $9.49

**4 stars and above**    Page 1 of 57

Sponsored

    

Apex Legends Game Tapestry Wall Hanging Fashion Home Decoration For Living…
62
$18.99

Addwel Blacklight Mushroom Tapestry, Trippy Upright Tapestry Glow In The Dark, UV R…
349
Amazon's Choice  in Tapestries
$15.99
Save 10% with coupon

Tapestry Horror Movie Tapestry Wall Hanging Halloween Wall Blanket for Wall Art Liv…
83
$15.59

Custom Tapestry, Personalized Images Customized Photo Picture Wall Hanging…
82
$3.99

Blacklight Tapestry Mushroom Tapestry Glow in the Dark Light Mushroom…
$10.99
Save 10% with…

**Customers rated as durable**    Page 1 of 2

    

Forum Novelties Five Nights at Freddy's Door Cover, 30" x 60", As Shown
1,332
$5.25
Get it as soon as **Wednesday, Aug 3**
FREE Shipping on orders over $25 shipped by Amazon

Potota FNAF Stickers| 50 PCS | Vinyl Waterproof Stickers for Laptop,Bumper,Skateboard,Water…
1,324
$6.99 ($0.14/Count)
Get it as soon as **Wednesday, Aug 3**
FREE Shipping on orders over $25 shipped by Amazon

Pcs of 3 Premium Plastic Checkered Flag Tablecloths Picnic Table Covers, Tablecovers…
3,447
Amazon's Choice  in Tablecloths
$10.98 ($3.66/Count)
Get it as soon as **Wednesday, Aug 3**
FREE Shipping on orders over $25 shipped by Amazon

Funko Five Nights at Freddy's Bonnie Plush, 6", Purple
5,619
$17.07
Get it as soon as **Wednesday, Aug 3**
FREE Shipping on orders over $25 shipped by Amazon
Only 2 left in stock - order…

Funko Plush: at Freddy's P Simulator - F Foxy Collecti Multicolor
$13.52
Get it as soon a Aug 3
FREE Shipping $25 shipped by

## Product information

| Package Dimensions | 8.98 x 6.77 x 0.91 inches |
|---|---|
| Item Weight | 5.3 ounces |
| ASIN | B08V1Q4144 |
| Customer Reviews | 32 ratings 4.6 out of 5 stars |
| Best Sellers Rank | #238,649 in Home & Kitchen (See Top 100 in Home & Kitchen) #933 in Tapestries |
| Date First Available | January 26, 2021 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

7/29/22, 10:17 AM    Amazon.com: Anime Tapestry Art Wall Hangings Five Nights Game Wall Tapestry Room Decor for Bedroom, Living Room, Dorm…

Case 1:22-cv-07315-LJL Document 1-14 Filed 08/26/22 Page 4 of 7

## Product Description

Five Nights game

WHY CHOOSE US:

1.Made of polyester material,soft,smooth,ethereal and comfortable.It's not neither too thick nor too thin,

the edges are finished.It's light weigh,you can easily hang it on out or take it down.

2.Our tapestry meditation skeleton wall hanging tapestry - perfect decoration in the house.It adds colors to your house,

living room, bedroom,office,study room and spreads a very positive and relaxed atmosphere.It is an art with vivid color,crisp line,

non-toxic materials and neat edges with hand-sewn finishes.A perfect decoration and best gift.

3.It is suitable for professionals,factories,schools,enthusiasts,or homes.The colors are vibrant and the pattern will fit in most places.

Usage:Bed cover,tapestry,curtain,couch cover,wall hanging. Table cloth,furniture cover,fabric for creativity,throw covers for sofas.

Festival/wedding decoration,restaurant/shop decoration, college/dorm decoration,festival flags.Perfect gift for all occasions picnic/beach sheet/ blanket,etc.

## Have a question?

Find answers in product info, Q&As, reviews

[ Type your question or keyword ]

## Brands in this category on Amazon

Sponsored



**Shop Five Nights at Freddy's Bedding & Accessories**

Shop Franco Manufacturing Co., Inc. ›



**Explore Trends' Hottest Featured Posters and More**

Shop Trends International ›

## Explore more from LUNK

Sponsored

7/29/22, 10:17 AM                                     Amazon.com: Anime Tapestry Art Wall Hangings Five Nights Game Wall Tapestry Room Decor for Bedroom, Living Room, Dorm…

Case 1:22-cv-07315-LJL Document 1-14 Filed 08/26/22 Page 5 of 7





| | | |
|---|---|---|
| **6 Pcs Five Night Game Articulated Action Figure Toys, Collectible Figure Dolls,Toys...** | **Night Lights Kids 3D Illusion Bedside Table Lamp 7 Colour Changing Sleeping Lightin...** | **Anime Print Bedding Set 3Pcs Duvet Cover Sets 1 Quilt Cover with 2 Pillowcases 3D P...** |
| 25 | 130 | 8 |
| **$22.99** ($3.83/Count) | **$18.88** | **$51.99** |

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer Questions & Answers

See questions and answers

## Customer reviews

4.6 out of 5

32 global ratings

| | | |
|---|---|---|
| 5 star | | 82% |
| 4 star | | 8% |
| 3 star | | 5% |
| 2 star | | 0% |
| 1 star | | 5% |

How customer reviews and ratings work

Top reviews

### Top reviews from the United States

karen

**My grandson loved it.**

Reviewed in the United States on June 1, 2022

Size: 150x100CM    Color: A    **Verified Purchase**

Got it for my grandsons birthday. He loved it. Very quick delivery..I'm a last minute shopper.

Helpful    Report abuse

Kindle Customer

**Great product**

Case 1:22-cv-07315-LJL Document 1-14 Filed 08/26/22 Page 6 of 7

Reviewed in the United States on April 29, 2022

Size: 150x100CM    Color: A    **Verified Purchase**

Great price exactly what description said it was

Helpful    Report abuse

See all reviews ›

Shop now

Sponsored

12,098

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Sustainability | Become an Affiliate | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Become a Delivery Driver | Shop with Points | Amazon Prime |
| Investor Relations | Start a package delivery business | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
|  | Host an Amazon Hub |  | Help |
|  | › See More Ways to Make Money |  |  |

English United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon<br>Drive<br>Cloud<br>storage<br>from<br>Amazon | 6pm<br>Score deals<br>on fashion<br>brands | AbeBooks<br>Books, art<br>&<br>collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon<br>Fresh<br>Groceries &<br>More<br>Right To<br>Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home<br>Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Listen to Books &<br>Original<br>Audio Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office<br>Mojo<br>Find Movie<br>Box Office<br>Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle<br>Direct<br>Publishing<br>Indie<br>Digital &<br>Print<br>Publishing<br>Made Easy | Amazon<br>Photos<br>Unlimited<br>Photo Storage<br>Free With Prime | Prime<br>Video<br>Direct<br>Video<br>Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K<br>Video<br>in Every<br>Room | Blink<br>Smart Security<br>for Every Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
| | Amazon<br>Subscription<br>Boxes<br>Top<br>subscription<br>boxes – right<br>to your door | PillPack<br>Pharmacy<br>Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can<br>trust | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates